IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., and SEOUL SEMICONDUCTOR, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-308 (JRG) <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Document Security Systems, Inc., through its undersigned counsel, hereby submits this Notice of Dismissal dismissing all claims against Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. without prejudice in the above-captioned case. Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. have not served upon the Plaintiff either an answer or a motion for summary judgment.

1

Dated: June 7, 2017						Respectfully submitted,


						/s/    *Brian Ledahl*
						Brian Ledahl (CA SB No. 186579)
						Neil A. Rubin (CA SB No. 250761)
						Jacob Buczko (CA SB No. 269408)
						RUSS AUGUST & KABAT
						12424 Wilshire Boulevard 12th Floor
						Los Angeles, California 90025
						Telephone: 310-826-7474
						Facsimile: 310-826-6991
						E-mail: bledahl@raklaw.com
						E-mail: nrubin@raklaw.com
						E-mail: jbuczko@raklaw.com

						Elizabeth L. DeRieux
						State Bar No. 05770585
						Capshaw DeRieux, LLP
						114 E. Commerce Ave.
						Gladewater, TX 75647
						Telephone: 903-845-5770
						Email: ederieux@capshawlaw.com

						Attorneys for Plaintiff,
						*Document Security Systems, Inc.*


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on the date of filing.


						/s/ *Brian Ledahl*
						Brian Ledahl